**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| VIAHART, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 6:18-CV-00604-RWS-KNM |
| | § | |
| DOES 1–54, | § | |
| | § | |
| *Defendants.* | § | |

**ORDER**

Before the Court is Plaintiff's Motion for Entry of Order of Release from Judgment, as filed on March 22, 2021. Docket No. 64. At the Court's request, Viahart provided supplemental briefing. Docket No. 66. Viahart requests the Court release Doe 43 (Yiwu Ouqing E-Commerce Co., Ltd., Joom Merchant ID OQ Fashion, oqjoom@163.com) from the monetary aspects of the Court's final judgment. *Id.* Viahart states that such release is appropriate under Rule 60(b)(5) because Doe 43 "paid Plaintiff a settlement figure, and Plaintiff now considers the monetary aspects of the judgment to be settled and released." *Id.* Viahart does not request release of Doe 43 from the permanent injunction. *Id.* Viahart also requests the Court dismiss Doe 43 from the suit with prejudice. Docket No. 64.

Courts construing Federal Rule of Civil Procedure 60(b) should do so "liberally to do substantial justice." *Frew v. Janek*, 780 F.3d 320, 327 (5th Cir. 2015) (quoting *Johnson Waste Materials v. Marshall*, 611 F.2d 593, 600 (5th Cir. 1980)). Rule 60(b)(5) permits a court, "[o]n motion and just terms," to release a party from a final judgment based on any of three grounds for release. Fed. R. Civ. P. 60(b)(5). The first ground permits a court to release a party from a judgment

that has been "satisfied, released or discharged[.]" *Id.* Motions brought under the first ground are rare; as a result, there is "little applicable precedent[.]" *Frew*, 780 F.3d at 327.

Here, Viahart requests the Court release defendant Doe 43 solely from the monetary obligations of the final judgment based on a post-judgment settlement. Rule 60(b)(5) permits the Court to release Doe 43 because the monetary judgment has been satisfied. It is therefore

**ORDERED** that Plaintiff's Motion for Entry of Order of Release from Judgment (Doc. No. 64) is **GRANTED**. Doe 43 (Yiwu Ouqing E-Commerce Co., Ltd., Joom Merchant ID OQ Fashion, oqjoom@163.com) is hereby **RELEASED** from the monetary judgment this Court previously entered (Docket No. 58). Plaintiff's monetary claims against Doe 43 are **DISMISSED WITH PREJUDICE**. However, Doe 43 is still subject to the permanent injunction as previously entered (Docket No. 58). It is further

**ORDERED** that the case between Viahart, LLC and Doe 43 (Yiwu Ouqing E-Commerce Co., Ltd., Joom Merchant ID OQ Fashion, oqjoom@163.com) is **SEVERED** from Case No. 6:18-cv-00604-RWS-KNM into a separate case number. The Clerk of Court is **ORDERED** to open a new case number and enter this Order therein.

**So ORDERED and SIGNED this 22nd day of April, 2021.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE